UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
EDNC Civil Action No.: 5:21-cv-00145-FL

| | |
|---|---|
| GARY INGOLD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORCOLD, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Norcold, Inc.'s Consent Amended Motion Requiring Joinder pursuant to Rule 19 of the Federal Rules of Civil Procedure. It appears to the Court that:

Progressive Southeastern Insurance Company is a party requiring joinder to this case. IT IS THEREFORE ORDERED that Defendant Norcold, Inc.'s Consent Amended Motion Requiring Joinder, is GRANTED and that Progressive Southeastern Insurance Company shall be added as a Plaintiff to this matter.

This the 22nd day of October, 2021.

_____
United States District Court Judge